## Siler v. Commonwealth.

(Decided January 16, 1923.)

### Appeal from Harlan Circuit Court.

Criminal Law—Appeal and Error—Error Not of Record Not Reviewable.—Where on appeal in a criminal prosecution it does not appear from the bill of exceptions, or other portions of the record, that the instructions were oral, the error is not reviewable.

SNYDER & ADKINS and J. S. FORRESTER for appellant.

CHAS. I. DAWSON, Attorney General, and THOS. B. McGREGOR, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE CLAY—Affirming.

Appellant, who was convicted of a violation of the prohibition act, asks a reversal on the ground that the instructions were oral.

It is sufficient to say that it does not appear from the bill of exceptions, or other portions of the record, that the instructions were oral, and that being true, the error, if any, is not reviewable.

Judgment affirmed.